IT IS ORDERED

Date Entered on Docket: June 2, 2021



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE:

Nancy D Velarde dba d/b/a Nancy Velarde,

Debtor.                              Case No. 18-11252-ta13

### STIPULATED ORDER REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter comes before the Court on stipulation of Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Secured Creditor"), and the Debtor, Nancy D Velarde ("Debtor"). Upon approval by the Secured Creditor, the Debtor, and the Chapter 13 Trustee, and good cause appearing,

IT IS THEREFORE ORDERED AS FOLLOWS:

1. This Stipulated Order affects the real property commonly known as: 5904 Aztec Road NE, Albuquerque, NM 87110 (the "Subject Property").

2. Commencing 6/1/2021, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to Secured Creditor, and continuing on the first day of each month thereafter, under the terms of the Note and Deed of Trust.

3. Payments shall be made directly to Secured Creditor at Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9741, with reference to the last four digits of the Loan Number 7746, or as otherwise directed.

4. Commencing 6/15/2021, and continuing thereafter on the fifteenth day of each month through and including 1/15/2022, Debtor shall make an additional monthly payment of $173.44, with a final payment due 2/15/2022 in the amount of $173.47 until post-petition arrears in the sum of **$1,560.99** are paid. Said sum represents the post-petition delinquency itemized below:

| | |
|---|---|
| Post-petition payment at $995.60 each (5/1/2021) | $ 995.60 |
| Bankruptcy attorney fees and costs at: | $ 1,238.00 |
| Less Debtor's Suspense | $ (673.01) |
| **Total Delinquency in the amount of:** | **$1,560.99** |

5. Debtor shall timely perform all of their obligations under Secured Creditor's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

6. In the event Debtor fail to timely perform any of the obligations set forth in this stipulation, Secured Creditor shall notify Debtor and their counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default and to pay an additional $100.00 for attorneys' fees for each occurrence. An additional $200.00 will also be due if court certification of the default required.

7. If Debtor fail to timely cure the default, or default on the obligations set forth herein on more than two (2) occasions, Secured Creditor may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a Trustee's sale of the Subject Property, pursuant to applicable state law, and without further Court Order or proceeding being

necessary, and commence any action necessary to obtain complete possession of the Subject Property, including unlawful detainer, if required.

8. Secured Creditor's Proof of Claim is due and owing and is allowed in full.

##END OF ORDER##

Prepared and submitted by:

/s/ Jason Bousliman
Jason Bousliman, Esq.
McCarthy & Holthus, LLP
Attorneys for Secured Creditor
6501 Eagle Rock NE, Suite A-3
Albuquerque, NM 87113
(505) 219-4900


Approved via e-mail 5/24/2021
Leslie D. Maxwell, Esq.
7007 Wyoming Blvd. NE
Suite A-1
Albuquerque, NM 87109
505-999-1182


Approved via email 5/26/2021
Tiffany M. Cornejo
625 Silver Avenue SW
Suite 350
Albuquerque, NM 87102
505-243-1335